240 F.2d 847
 NATIONAL ORGANIZATION MASTERS, MATES AND PILOTS OF AMERICA,
Inc. AFL-CIO, et al., Petitioners,
v.
J. W. BANTA TOWING COMPANY, Inc., a corporation, at al.
 No. 15704.
 United States Court of Appeals Eighth Circuit.
 Jan. 11, 1957.
 
 William J. Costello, for petitioners.
 W. Munro Roberts, Jr., and Marcel Mallet-Prevost, Assistant General Counsel, National Labor Relations Board, for respondents.
 
 
 1
 Petition to Review and Set Aside Order of National Labor Relations Board dismissed without prejudice, on moton of petitioners.